# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JERRY G. PRICE, et al.,** | ) |
| | )     8:06CV569 |
| Plaintiffs, | ) |
| | ) |
| vs. | )     ORDER |
| | ) |
| **FAITH REGIONAL HEALTH SERVICES, et al.,** | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on the oral motion of the plaintiffs, Jerry G. Price and Trudy Price, to dismiss defendants Does I - X without prejudice. The motion was made during a March 26, 2007 telephone planning conference with counsel for the plaintiffs, counsel for all appearing defendants and the undersigned magistrate judge. None of the counsel for any of the appearing defendants had an objection to the motion.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is dismissed, without prejudice, as to Defendants Doe I -X.

**IT IS SO ORDERED.**

DATED this 26th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge