IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY G. PRICE and TRUDY PRICE, Husband and Wife,<br><br>             Plaintiffs,<br><br>   v.<br><br>FAITH REGIONAL HEALTH SERVICES; CHARLES ROBERT ADAMS, M.D.; DOES I-X,<br><br>             Defendants. | Case Number: 8:06CV00569 JFB-TDT<br><br><br><br>ORDER FOR APPROVAL OF SETTLEMENT INVOLVING PAYMENT BY THE NEBRASKA EXCESS LIABILITY FUND |

THIS MATTER is presented to the Court upon the Application of Defendants Faith Regional Health Services and Charles Robert Adams, M.D., for approval of a settlement under the Nebraska Hospital-Medical Liability Act including the payment of certain funds from the Excess Liability Fund.

The Court, being fully advised in the premises, finds as follows:

1.    These actions arises out of alleged medical malpractice from the rendering of medical care to Jerry G. Price, as more fully set forth in the Plaintiffs' Complaint filed in The United States District Court for the District of Nebraska at Case Number 8:06CV00569 JFB-TDT.

2.    At all times relevant herein, Defendants were qualified health care providers under the Nebraska Hospital-Medical Liability Act, §44-2801 et. Seq. R.R.S. 1943 (Reissue 1998).

3.    This settlement is in compromise of a disputed claim and all allegations of negligence have been expressly denied by Applicants and payment hereof is not to be construed as an admission of liability on their part. This court is aware of the terms and conditions of this settlement having been so advised in camera as said terms and conditions are confidential.

IT IS THEREFORE ORDERED that the settlement described above and the contribution toward that settlement by the Excess Liability Fund are hereby approved.

Dated this 27th day of September, 2007.

BY THE COURT:

/s Joseph F. Bataillon

_____
District Court Judge

PREPARED AND SUBMITTED BY:

s/Patrick G. Vipond_____
Patrick G. Vipond, #16390
Attorney for Defendant Charles Robert Adams, M.D.
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300
E-mail: pvipond@ldmlaw.com

APPROVED AS TO FORM AND CONTENT BY:

JERRY G. PRICE and TRUDY PRICE, Plaintiffs

By: s/Robert G. Pahlke

    Robert G. Pahlke, #13201
    Pahlke, Smith, Snyder, Petitt & Eubanks
    1904 First Avenue
    P.O. Box 1204
    Scottsbluff, NE 69363-1204
    Telephone: 308-635-3161
    E-mail: rgp@vanlaw.net

    And:

    John A. Micheaels, Attorney
    K. Thomas Slack, Attorney
    Beale, Micheaels Law Firm
    1440 East Missouri Avenue, Suite 150
    Phoenix, AZ 85014
    Telephone: 602-285-1444
    E-mail: jam@beale-micheaels.com
    E-mail: tslack@beale-micheaels.com

FAITH REGIONAL HEALTH SERVICES,

By: s/Brien M. Welch

    Brien M. Welch, #18192
    CASSEM, TIERNEY, ADAMS, GOTCH &
    DOUGLAS
    8805 Indian Hills Drive, Suite 300
    Omaha, NE 68114-4070
    Telephone: 402-390-0300
    E-mail: bwelch@ctagd.com