IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRY G. PRICE, Husband, and TRUDY PRICE, Wife, | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV569 |
| v. | ) ) ) | |
| FAITH REGIONAL HEALTH SERVICES, and CHARLES ROBERT ADAMS, M.D., | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on its own motion. The court has been advised that this matter has been settled. Accordingly,

IT IS ORDERED that the parties shall file a stipulation of settlement or other settlement/dismissal papers within sixty days of the date of this order or this action will be subject to dismissal by the court.

DATED this 28th day of September, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge