IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY G. PRICE and TRUDY PRICE, Husband and Wife, ) ) ) | Case Number: 8:06CV00569 JFB-TDT |
| Plaintiffs, ) ) | |
| v. ) ) | ORDER OF DISMISSAL WITH PREJUDICE |
| FAITH REGIONAL HEALTH SERVICES; CHARLES ROBERT ADAMS, M.D.; DOES I-X, ) ) ) ) | |
| Defendants. ) | |

THIS MATTER came to be heard upon the Stipulation of the parties hereto that the above-captioned action has been compromised and settled and should be dismissed with prejudice to the filing of any future action, each party to pay its own costs and complete record waived. The Court, being fully advised in the premises, finds that an Order should be entered in accordance with said Stipulation.

IT IS, THEREFORE, ORDERED that the above-captioned action be, and it hereby is, dismissed with prejudice to the filing of any future action, each party to pay its own costs and complete record waived.

Dated this 1st day of October, 2007.

BY THE COURT:

/s Joseph F. Bataillon

United States District Court Judge

PREPARED AND SUBMITTED BY:

s/Patrick G. Vipond
Patrick G. Vipond, #16390
Attorney for Defendant Charles Robert Adams, M.D.
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300
E-mail: pvipond@ldmlaw.com

APPROVED AS TO FORM AND CONTENT BY:

JERRY G. PRICE and TRUDY PRICE, Plaintiffs

By: s/Robert G. Pahlke

    Robert G. Pahlke, #13201
    Pahlke, Smith, Snyder, Petitt & Eubanks
    1904 First Avenue
    P.O. Box 1204
    Scottsbluff, NE 69363-1204
    Telephone: 308-635-3161
    E-mail: rgp@vanlaw.net

    And:

    John A. Micheaels, Attorney
    K. Thomas Slack, Attorney
    Beale, Micheaels Law Firm
    1440 East Missouri Avenue, Suite 150
    Phoenix, AZ 85014
    Telephone: 602-285-1444
    E-mail: jam@beale-micheaels.com
    E-mail: tslack@beale-micheaels.com


FAITH REGIONAL HEALTH SERVICES,

By: s/Brien M. Welch

    Brien M. Welch, #18192
    CASSEM, TIERNEY, ADAMS, GOTCH & DOUGLAS
    8805 Indian Hills Drive, Suite 300
    Omaha, NE  68114-4070
    Telephone: 402-390-0300
    E-mail: bwelch@ctagd.com